## GEHR, trustee, *v.* CITY OF ATLANTA *et al.*

BELL, Justice.   1.   Whether or not the bill of exceptions shows who was the plaintiff in error, it does not designate or otherwise show upon its face who were intended as parties defendant in error.   The motion to dismiss the writ of error, based upon this among other grounds, must be sustained.   *Anderson* v. *Haas,* 160 *Ga.* 420 (128 S. E. 178) ; *McEachin* v. *Jones,* 165 *Ga.* 403 (148 S. E. 878) ; *Fowler* v. *Wheeler,* 176 *Ga.* 189 (167 S. E. 107) ; *Toccoa Electric Power Co.* v. *Panter,* 178 *Ga.* 258 (173 S. E. 131) ; *Vandivere* v. *Smith,* 183 *Ga.* 326 (188 S. E. 540) ; *Hancock* v. *Lizella Fruit Farm,* 184 *Ga.* 73 (190 S. E. 362).

2.   Furthermore, it appears that the State Revenue Commissioner, who was a party in the trial court, is interested in sustaining the judgment dismissing the plaintiff's petition, and even if it could be said that he was made a party to the bill of exceptions there was no service or waiver of service as to him, and for this additional reason the writ of error is subject to dismissal, as urged in the motion.   *Benson* v. *Lewis,* 176 *Ga.* 20 (166 S. E. 835) ; *Emanuel Farm Co.* v. *Batts,* 176 *Ga.* 552 (168 S. E. 316) ; *Malsby* v. *Shipp,* 177 *Ga.* 54 (169 S. E. 308) ; *Poston* v. *Durham,* 177 *Ga.* 870 (171 S. E. 765) ; *Gibson* v. *Snider,* 181 *Ga.* 604 (183 S. E. 565) ; *Howard* v. *Columbus Bank & Trust Co.,* 182 *Ga.* 23 (184 S. E. 713) ; *Hancock* v. *Lizella Fruit Farm,* supra.

*Writ of error dismissed. All the Justices concur.*

No. 13071. FEBRUARY 17, 1940.

702

Herbert J. Haas, Joseph F. Haas, and Sol I. Golden, for plaintiff.

Spalding, Sibley, Troutman & Brock, O. C. Hancock, J. C. Savage, C. S. Winn, J. C. Murphy, E. L. Sterne, George & John L. Westmoreland, W. K. Meadow, W. S. Northcutt, E. Harold Sheats, Hirsch, Smith & Kilpatrick, E. D. Smith Jr., and D. F. McClatchey, for defendants.